UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of                          ORDER
Civil Case to the Honorable Thérèse W. Dancks        OF REASSIGNMENT

_____

     **ORDERED** that the following case is hereby reassigned to the Honorable Thérèse W. Dancks, U.S. Magistrate Judge.  This case will remain assigned to the Thomas J. McAvoy, Senior U.S. District Judge:

| Case Number | Caption |
| --- | --- |
| 1:09-cv-1037 | Clark v. DiNapoli, et al |

**IT IS SO ORDERED.**

Dated: February 27, 2012
Albany, New York

Gary L. Sharpe
Chief U.S. District Judge